**FILED**

**DEC - 4 2013**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DaVonta M. Rowland, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. *13-1925* |
| | ) | |
| Civil Division, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

MEMORANDUM OPINION

Plaintiff, proceeding *pro se*, has submitted a complaint against "Civil Division," Compl.

Caption, and an application to proceed *in forma pauperis*. The Court will grant plaintiff's

application and will dismiss the case pursuant to 28 U.S.C. § 1915(e)(2) for failure to state a

claim upon which relief can be granted.

From the allegations in the complaint and the address of the defendant, the Court

determines that plaintiff is suing the Civil Division of the Superior Court of the District of

Columbia. "The District of Columbia Courts cannot be sued separately from the District of

Columbia," *Bean v. District of Columbia Courts*, 930 F. Supp. 2d 93, 95 (D.D.C. 2013) (citing

*Kundrat v. District of Columbia*, 106 F. Supp. 2d 1, 4-8 (D.D.C. 2000)), and plaintiff's purported

claim of "legal malpractice" fails to provide any notice of a claim against the District of

Columbia. Hence, this case will be dismissed. A separate Order accompanies this Memorandum

Opinion.

United States District Judge

DATE: October 29, 2013